ORDERED.

Dated: April 12, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                              Case No. 6:16-bk-01266-KSJ
Ottmar W Olsen and Rebecca A Olsen                  Chapter 7

        Debtors.                        /

**ORDER GRANTING JPMORGAN CHASE BANK, NATIONAL ASSOCIATION RELIEF FROM STAY**
**(RE: 1671 Ashland Trail, Oviedo, FL 32765)**

This case came on for consideration on the Motion for Relief from Stay filed by **JPMorgan Chase Bank, National Association** Document No. 10. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**LOT 211, WAVERLEE WOODS UNIT 3, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 54, PAGE(S) 43-45, PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

XXX

Attorney Elizabeth Eckhart is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.