Case No: 16-01266 KSJ Judge: KAREN S. JENNEMANN  
Case Name: OLSEN, OTTMAR W  
OLSEN, REBECCA A  
For Period Ending: 09/30/16  

Trustee Name: ROBERT E. THOMAS, TRUSTEE  
Date Filed (f) or Converted (c): 02/26/16 (f)  
341(a) Meeting Date: 03/29/16  
Claims Bar Date:

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 1671 ASHLAND TRAIL OVIEDO, FL 32765HOMESTEAD, 167 | 276,000.00 | 0.00 | | 0.00 | FA |
| 2. 2009 TOYOTA CAROLLA LE (2009 TOYOTA CAROLLA LE 156 | 3,900.00 | 0.00 | | 0.00 | FA |
| 3. 1998 HONDA ACCORD 4DR EX (1998 HONDA ACCORD 4DR 4C | 800.00 | 0.00 | | 0.00 | FA |
| 4. (2004 SHORELINE JOHN BOAT, 9.9 HP YAMAHA, BOAT AND | 200.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNITURE OLDER EST $1300 | 1,300.00 | 0.00 | | 0.00 | FA |
| 6. MISC ELECTRONICS | 400.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING BAND (50), WEDDING RING (500), GOLD RING ( | 600.00 | 0.00 | | 0.00 | FA |
| 9. 1 YELLOW LAB, FIXED | 20.00 | 0.00 | | 0.00 | FA |
| 10. $40 | 40.00 | 0.00 | | 0.00 | FA |
| 11. CHECKING SUNTRUST ORLANDO, FL | 200.00 | 0.00 | | 0.00 | FA |
| 12. SAVINGS NAVY FCU ORLANDO, FL | 50.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING UNITED SOUTHERN BANK UMITILLA, FL WAS USE | 50.00 | 0.00 | | 0.00 | FA |
| 14. OK WATERMAN LLC | 0.02 | 0.00 | | 0.00 | FA |
| 15. 44-44 PROPERTIES LLC OWNS CLEAR LAKE FARMS LLC LAK | 0.08 | 0.08 | | 0.00 | FA |
| 16. ESTES MEADOW, LLC, PART INTEREST IN THE 800 ACRES | 0.88 | 0.88 | | 0.00 | 0.88 |
| 17. CLEAR LAKE FARM, LLC, PART INTEREST OF 800 ACRES | 0.00 | 0.00 | | 0.00 | FA |
| 18. LAKE SERPOENTINE, LLC PART INTEREST IN THE 800 ACR | 0.08 | 0.08 | | 0.00 | FA |
| 19. WATERMAN CENTER, LLC, NO VALUE PARENT TO OK WATERM | 0.88 | 0.88 | | 0.00 | FA |
| 20. 401K FROM FORMAER EMPLOYER EST $100K | 96,427.03 | 0.00 | | 0.00 | FA |
| 21. DEBTORS EXPECT TO OWE IRS, NO REFUND | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $380,088.97        $1.92        $0.00        $0.88

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 16-01266    KSJ    Judge: KAREN S. JENNEMANN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OLSEN, OTTMAR W | Date Filed (f) or Converted (c): | 02/26/16 (f) |
| | OLSEN, REBECCA A | 341(a) Meeting Date: | 03/29/16 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE INTEREST IN REAL ESTATE PARTNERSHIPS

Initial Projected Date of Final Report (TFR): 03/30/17        Current Projected Date of Final Report (TFR): 03/30/17

/s/    ROBERT E. THOMAS, TRUSTEE
_____  Date: 10/28/16
ROBERT E. THOMAS, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 16-01266 -KSJ | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | OLSEN, OTTMAR W | Bank Name: | |
| | OLSEN, REBECCA A | Account Number / CD #: | ******* |
| Taxpayer ID No: | | | |
| For Period Ending: | 09/30/16 | Blanket Bond (per case limit): | $ 32,583,498.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO BANK ACCOUNTS | | | | |

```
                              COLUMN TOTALS                  0.00         0.00         0.00
                              Less: Bank Transfers/CD's      0.00         0.00
                              Subtotal                       0.00         0.00
                              Less: Payments to Debtors                   0.00
                              Net                            0.00         0.00

                                                                          NET          ACCOUNT
           TOTAL - ALL ACCOUNTS                  NET DEPOSITS      DISBURSEMENTS        BALANCE
                - ********CCTS                       0.00               0.00            0.00
                                                 -----------        -----------      -----------
                                                     0.00               0.00            0.00
                                                 ===========        ===========      ===========
                                              (Excludes Account   (Excludes Payments   Total Funds
                                                  Transfers)         To Debtors)        On Hand
```

Page Subtotals    0.00    0.00

LFORM24

Ver: 19.06a