**UNITED STATES BANKRUPTCY COURT**
MIDDLE **DISTRICT OF** FLORIDA
ORLANDO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OLSEN, OTTMAR W | § | Case No. 16-01266 KSJ |
| OLSEN, REBECCA A | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/26/2016 . The undersigned trustee was appointed on 02/29/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 5,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3.07 |
| Bank service fees | | 30.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,966.93 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/13/2017 and the deadline for filing governmental claims was 09/26/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 205.12 , for total expenses of $ 205.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2017 By:/s/ROBERT E. THOMAS, TRUSTEE
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 16-01266 Judge: KAREN S. JENNEMANN
Case Name: OLSEN, OTTMAR W
OLSEN, REBECCA A
For Period Ending: 03/30/17

Trustee Name: ROBERT E. THOMAS, TRUSTEE
Date Filed (f) or Converted (c): 02/26/16 (f)
341(a) Meeting Date: 03/29/16
Claims Bar Date: 03/13/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1671 ASHLAND TRAIL OVIEDO, FL 32765HOMESTEAD, 167 | 276,000.00 | 0.00 | | 0.00 | FA |
| 2. 2009 TOYOTA CAROLLA LE (2009 TOYOTA CAROLLA LE 156 | 3,900.00 | 0.00 | | 0.00 | FA |
| 3. 1998 HONDA ACCORD 4DR EX (1998 HONDA ACCORD 4DR 4C | 800.00 | 0.00 | | 0.00 | FA |
| 4. (2004 SHORELINE JOHN BOAT, 9.9 HP YAMAHA, BOAT AND | 200.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNITURE OLDER EST $1300 | 1,300.00 | 0.00 | | 0.00 | FA |
| 6. MISC ELECTRONICS | 400.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING BAND (50), WEDDING RING (500), GOLD RING ( | 600.00 | 0.00 | | 0.00 | FA |
| 9. 1 YELLOW LAB, FIXED | 20.00 | 0.00 | | 0.00 | FA |
| 10. $40 | 40.00 | 0.00 | | 0.00 | FA |
| 11. CHECKING SUNTRUST ORLANDO, FL | 200.00 | 0.00 | | 0.00 | FA |
| 12. SAVINGS NAVY FCU ORLANDO, FL | 50.00 | 0.00 | | 0.00 | FA |
| 13. CHECKING UNITED SOUTHERN BANK UMITILLA, FL WAS USE | 50.00 | 0.00 | | 0.00 | FA |
| 14. OK WATERMAN LLC | 1.00 | 0.00 | | 0.00 | FA |
| 15. 44-44 PROPERTIES LLC OWNS CLEAR LAKE FARMS LLC LAK | 1.00 | 1,000.00 | | 1,000.00 | FA |
| 16. ESTES MEADOW, LLC, PART INTEREST IN THE 800 ACRES | 1.00 | 1,000.00 | | 1,000.00 | FA |
| 17. CLEAR LAKE FARM, LLC, PART INTEREST OF 800 ACRES | 1.00 | 1,000.00 | | 1,000.00 | FA |
| 18. LAKE SERPOENTINE, LLC PART INTEREST IN THE 800 ACR | 1.00 | 1,000.00 | | 1,000.00 | FA |
| 19. WATERMAN CENTER, LLC, NO VALUE PARENT TO OK WATERM | 1.00 | 0.88 | | 0.00 | FA |
| 20. 401K FROM FORMAER EMPLOYER EST $100K | 96,427.03 | 0.00 | | 0.00 | FA |
| 21. DEBTORS EXPECT TO OWE IRS, NO REFUND | 0.00 | 0.00 | | 0.00 | FA |
| 22. EUSTIS MEADOWS - LAKE MYRTLE LLC | 1.00 | 1,000.00 | | 1,000.00 | FA |
| 23. LAKE HERMOSA LLC | 1.00 | 0.00 | | 0.00 | FA |
| | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 16-01266 Judge: KAREN S. JENNEMANN

Case Name: OLSEN, OTTMAR W
OLSEN, REBECCA A

Trustee Name: ROBERT E. THOMAS, TRUSTEE

Date Filed (f) or Converted (c): 02/26/16 (f)

341(a) Meeting Date: 03/29/16

Claims Bar Date: 03/13/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $380,095.03 | $5,000.88 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE INTEREST IN REAL ESTATE PARTNERSHIPS

CLAIMS REVIEWED

ESTATE'S INTEREST IN VARIOUS REAL ESTATE PARTNERSHIPS SOLD TO MANAGING PARTNER FOR $5,000.00 IN A LUMP SUM PAYMENT

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE MARCH 31, 2017

RE PROP# 16---INCLUDES INTEREST IN ESTIS MEADOW LAKE MYRTLE LLC

Initial Projected Date of Final Report (TFR): 03/30/17 Current Projected Date of Final Report (TFR): 04/30/17

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 16-01266 -KSJ | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | OLSEN, OTTMAR W<br>OLSEN, REBECCA A | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7454 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4593 | | |
| For Period Ending: | 03/30/17 | Blanket Bond (per case limit): | $ 37,079,582.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/16 | * NOTE * | TOWN SQUARE PROPERTIES | PURCHASE PAYMENT<br>* NOTE * Properties 15, 16, 17, 18, 22 | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,985.00 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,970.00 |
| 03/03/17 | | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond # 016027985 | 2300-000 | | 3.07 | 4,966.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 33.07 | 4,966.93 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 33.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 33.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7454 | 5,000.00 | 33.07 | 4,966.93 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,000.00 | 33.07 | 4,966.93 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 5,000.00 | 33.07 |

# Middle District of Florida
# Claims Register

**EXHIBIT C**

6:16-bk-01266-KSJ Ottmar W Olsen and Rebecca A Olsen

**Judge:** Karen S. Jennemann **Chapter:** 7
**Office:** Orlando **Last Date to file claims:** 03/13/2017
**Trustee:** Robert E Thomas **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (26649374)<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 12/13/2016<br>*Original Entered*<br>*Date:* 12/13/2016 ✓ ok | *Status:*<br>*Filed by:* CR<br>*Entered by:* Discover Bank (MD)<br>*Modified:* |
| Amount claimed: $1881.63 — unsecured 7691 cc | | |
| *History:* Details 1-1 12/13/2016 Claim #1 filed by Discover Bank, Amount claimed: $1881.63 (Discover Bank (MD)) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (26649374)<br>Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 12/13/2016<br>*Original Entered*<br>*Date:* 12/13/2016 ✓ ok | *Status:*<br>*Filed by:* CR<br>*Entered by:* Discover Bank (MD)<br>*Modified:* |
| Amount claimed: $11242.17 — unsecured 3666 cc | | |
| *History:* Details 2-1 12/13/2016 Claim #2 filed by Discover Bank, Amount claimed: $11242.17 (Discover Bank (MD)) | | |
| *Description:* | | |
| *Remarks:* | | |

| | | |
|---|---|---|
| *Creditor:* (26704002)<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 01/18/2017<br>*Original Entered*<br>*Date:* 01/18/2017 ✓ ok | *Status:*<br>*Filed by:* CR<br>*Entered by:* Resurgent Capital Services<br>*Modified:* |
| Amount claimed: $15842.77 — unsecured 9321<br>Secured claimed: $0.00 | | |
| *History:* Details 3-1 01/18/2017 Claim #3 filed by PYOD, LLC its successors and assigns as assignee, Amount | | |

| | | | | |
|---|---|---|---|---|
| | | | | claimed: $15842.77 (Resurgent Capital Services) |

Description:

Remarks:

| Creditor: (26807403) Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim No: 4 Original Filed Date: 03/13/2017 Original Entered Date: 03/13/2017 | Status: Filed by: CR Entered by: PRA Receivables Management, LLC (TG) Modified: |
|---|---|---|

PAY POB 12914 Norfolk ✓ OK

| Amount | claimed: | $4244.27 | |
|---|---|---|---|

+ unsecured 2018 cc

History:

| Details | | 4-1 | 03/13/2017 | Claim #4 filed by Portfolio Recovery Associates, LLC, Amount claimed: $4244.27 (PRA Receivables Management, LLC (TG)) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (26807403) Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Claim No: 5 Original Filed Date: 03/13/2017 Original Entered Date: 03/13/2017 | Status: Filed by: CR Entered by: PRA Receivables Management, LLC (TG) Modified: |
|---|---|---|

PAY POB 12914 Norfolk ✓ OK

| Amount | claimed: | $6887.42 | |
|---|---|---|---|

+ unsecured 3366

History:

| Details | | 5-1 | 03/13/2017 | Claim #5 filed by Portfolio Recovery Associates, LLC, Amount claimed: $6887.42 (PRA Receivables Management, LLC (TG)) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (26808262) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim No: 6 Original Filed Date: 03/13/2017 Original Entered Date: 03/13/2017 | Status: Filed by: CR Entered by: American InfoSource (AB) Modified: |
|---|---|---|

✓ OK

| Amount | claimed: | $2603.26 | |
|---|---|---|---|

+ unsecured 2182 Loan

History:

| Details | | 6-1 | 03/13/2017 | Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $2603.26 (American InfoSource (AB)) |
|---|---|---|---|---|

Description:

Remarks:

**Claims Register Summary**

**Case Name:** Ottmar W Olsen and Rebecca A Olsen
**Case Number:** 6:16-bk-01266-KSJ
**Chapter:** 7
**Date Filed:** 02/26/2016
**Total Number Of Claims:** 6

| | |
|---|---|
| **Total Amount Claimed*** | $42701.52 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | | |
| **Administrative** | | |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/30/2017 13:59:41 | | | |
| **PACER Login:** | rt0096:2627913:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:16-bk-01266-KSJ Filed or Entered From: 1/1/2016 Filed or Entered To: 3/30/2017 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-01266 KSJ
Case Name: OLSEN, OTTMAR W
OLSEN, REBECCA A
Trustee Name: ROBERT E. THOMAS, TRUSTEE

Balance on hand $ 4,966.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT E. THOMAS, TRUSTEE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: ROBERT E. THOMAS, TRUSTEE | $ 205.12 | $ 0.00 | $ 205.12 |
| Other: INTERNATIONAL SURETIES, LTD | $ 3.07 | $ 3.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,455.12

Remaining Balance $ 3,511.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,701.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,881.63 | $ 0.00 | $ 154.75 |
| 000002 | Discover Bank | $ 11,242.17 | $ 0.00 | $ 924.57 |
| 000003 | PYOD, LLC its successors and assigns as | $ 15,842.77 | $ 0.00 | $ 1,302.92 |
| 000004 | Portfolio Recovery Associates, LLC | $ 4,244.27 | $ 0.00 | $ 349.05 |
| 000005 | Portfolio Recovery Associates, LLC | $ 6,887.42 | $ 0.00 | $ 566.43 |
| 000006 | Capital One Bank (USA), N.A. | $ 2,603.26 | $ 0.00 | $ 214.09 |

Total to be paid to timely general unsecured creditors $ 3,511.81

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE